JAMES J. BRESNAHAN, Respondent, v. NEW YORK LIFE INSURANCE COMPANY, Appellant.— Judgment and order reversed on the facts and new trial granted, with costs to appellant to abide the event, on ground that the finding that plaintiff's birthday was August 15, 1881, was against the weight of the evidence.  All concur.  (The judgment is for plaintiff in an action to recover disability benefits alleged to be due under disability riders on three life insurance policies.)  Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

CECELIA McCARTHY, Appellant, v. WILLIAM LEVIN CONSTRUCTION CO., INC., Respondent.— Judgment affirmed, with costs.  All concur.  (The judgment dismisses complaint on the merits at the close of all of the evidence in an action for damages for personal injuries arising out of the negligent condition of a stairway in a tenement house.)  Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

ANNA ROBINSON, Appellant, v. HELEN WILCZYNSKI, Respondent.— Judgment affirmed, with costs.  All concur.  (The judgment dismisses complaint in an action to declare a deed to be a mortgage.)  Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDNA GRUBER REEVES, Appellant.— Judgment of conviction affirmed.  All concur.  (The judgment convicts defendant of the crime of keeping a disorderly house in violation of section 1146 of the Penal Law.)  Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

In the Matter of the Application of VOLNEY K. RASMUSSEN, Respondent, for an Order Pursuant to Article 78 of the Civil Practice Act, against BOARD OF SUPERVISORS OF THE COUNTY OF ERIE and Others, Appellants, GRACE REAVY and Others, as and Constituting the Civil Service Commission, etc., and Another, Respondents.— Order affirmed, without costs.  All concur.  (The order restrains defendants from holding a promotional examination for chief accountant in the department of social welfare in a mandamus proceeding to compel reinstatement of petitioner to the position of chief accountant.)  Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.  [175 Misc. 838.]

MILDRED H. BIXBY, Appellant, v. ALBERT H. C. BIXBY, Respondent.— Interlocutory judgment, so far as appealed from, modified on the facts by increasing the monthly allowance of alimony to fifty dollars and, as so modified, affirmed, without costs.  All concur.  (The portion of the judgment appealed from directs defendant to pay plaintiff fifteen dollars per month for her support in addition to ten dollars per month on defendant's indebtedness of $138, with leave to plaintiff to apply for modification upon default, in an action for absolute divorce.)  Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

ARTHUR HEWITT, Appellant, v. CENTRAL TRUST COMPANY, ROCHESTER, N. Y., Respondent.— Judgment and order affirmed, with costs.  All concur.  (The judgment dismisses the complaint on motion of defendant in an action for damages for breach of warranty of title.  The order is the order of dismissal.)  Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.